UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNIR MRABET,

                Plaintiff,

-against-

MARK GURLESKI; LESLIE AHLBERG; GOTHAM MINI STORAGE; JANE CHONG; GRAND HYATT HOTEL,

                Defendants.

25-CV-6502 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is currently incarcerated at FCI Raybrook, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his rights with respect to a search of his property. For the following reasons, the complaint is dismissed.

    Plaintiff has previously submitted to this court a substantially similar complaint against many of the same defendants, asserting the same claims arising from the same events. That case is pending before the Court under docket number 25-CV-1952 (LTS) Because this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-1952 (LTS).[1]

    In light of the Court's belief that Plaintiff may have submitted this duplicate complaint in error, the Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action, and the Warden or Superintendent having custody of Plaintiff shall not deduct or encumber funds from Plaintiff's prison trust account for this lawsuit.

---

[1] Plaintiff names Grand Hyatt Hotel and Gotham Mini Storage as defendants in this action, but he does not name them in the action pending under docket number 25-CV-1952 (LTS). Should Plaintiff wish to amend the complaint in No. 25-CV-1952 to add these parties as defendants, he may so in that action as permitted under Rule 15 of the Federal Rules of Civil Procedure.

## CONCLUSOIN

The Court dismisses Plaintiff's complaint as duplicative of No. 25-CV-1952 (LTS).

The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:    September 10, 2025
           New York, New York

                                             /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                            Chief United States District Judge