UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOUNIR MRABET,<br><br>       Plaintiff,<br><br> -against-<br><br>MARK GURLESKI; LESLIE AHLBERG;<br>GOTHAM MINI STORAGE; JANE CHONG;<br>GRAND HYATT HOTEL,<br><br>       Defendants. | 25cv6502 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 10, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 11, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
              Chief United States District Judge